MALLARD v. MANUFACTURING Co., from Duplin. *Stevens*, for plaintiff. Motion to docket and dismiss defendant's appeal under Rule 17 allowed.

WILLIAMS v. HILL, from Duplin. *Stevens*, for plaintiff. Motion to docket and dismiss defendant's appeal under Rule 17 allowed.

EVERETT v. DOARES, from Robeson. *McLean*, for plaintiff. Motion to docket and dismiss defendant's appeal under Rule 17 allowed.

WILKIE v. RAILROAD, from Chatham. *Womack & Hayes*, for plaintiff; *Douglass & Simms*, for defendant. *Per Curiam*, affirmed.

UNTHANK v. INSURANCE Co., from Guilford. *Scott*, for plaintiff; *King & Kimball*, for defendant. Appeal dismissed, controversy being settled by the parties.

STATE v. TURNER, from Randolph. *Shepherd*, for the State. *Per Curiam*, affirmed.

WOOTEN v. WHITE, from Iredell. *Long*, for plaintiff; *Armfield*, for defendant. Appeal dismissed, controversy being settled by the parties.

SETZER v. STAFFORD, from Catawba. *Witherspoon*, for plaintiff; *Cline*, for defendant. *Per Curiam*, affirmed.

HOUSTON v. BERRY, from Burke. *Avery*, for plaintiff; *Ervin*, for defendant. *Per Curiam*, affirmed.

STATE v. SHEPHERD, from Macon. *Shepherd*, for State; *Ray*, for defendant. *Per Curiam*, affirmed.

JENKINS v. FULLER, from Swain. *Fry*, for defendant. *Per Curiam*, affirmed.

BRENDLE v. RAILROAD, from Swain. *Cobb*, for plaintiff; *Bason*, for defendant. Consent judgment filed.

OGDEN v. LAND Co., from Cherokee. *Merrimon*, for plaintiff; *Dillard*, for defendant. *Per Curiam*, affirmed.